Local 2255 Judgment (Rev. 6/16)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jamie Nicol Nilsen | ) | **JUDGMENT ON PETITION** |
| Petitioner/Defendant | ) | **PURSUANT TO 28 U.S.C. § 2255** |
| v. | ) | |
| | ) | Criminal Case No.   1:12-cr-111 |
| United States of America | ) | |
| | ) | Civil Case No.         1:16-cv-152 |
| Respondent/Plaintiff. | ) | |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed, pursuant to the Order filed on June 29, 2017.

CLERK OF COURT

Date:  June 29, 2017

*/s/ Renee Hellwig, Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*